

JRS: USAO 2016R00434

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-16-447 |
| | * | |
| RICHARD BUTLER III, | * | (Felon in Possession of an Explosive, |
| | * | 18 U.S.C. § 842(i)(1); Malicious Use of |
| Defendant | * | Explosive Materials, 18 U.S.C. § 844(i); |
| | * | Transportation of Explosive Materials |
| | * | with Intent to Injure, 18 U.S.C. |
| | * | § 844(d)) |
| | * | |

*******

## SUPERSEDING INFORMATION

### COUNT ONE
(Felon in Possession of an Explosive)

The Acting United States Attorney for the District of Maryland charges that:

At all times relevant to this Superseding Information:

1. **RICHARD BUTLER III ("BUTLER")** was a resident of Hyattsville, Maryland.

2. On or about March 4, 2016, **BUTLER** manufactured one or more improvised incendiary bombs (each of which qualified as an "explosive," as that term is defined in 18 U.S.C. §§ 844(j) and 232(5)) at a Sunoco gas station located at 7620 Landover Road, Hyattsville, Maryland.

3. On or about March 4, 2016, **BUTLER** used one or more improvised incendiary bombs to set fire to Victim A's apartment in Hyattsville, Maryland.

## The Charge

4.   On or about March 4, 2016, in the District of Maryland, the defendant,

**RICHARD BUTLER III,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly and unlawfully receive and possess explosives, to wit, one or more improvised incendiary bombs, that had been shipped and transported in and affecting interstate and foreign commerce.

18 U.S.C. § 842(i)(1)

## COUNT TWO
### (Malicious Use of Explosive Materials)

The Acting United States Attorney for the District of Maryland further charges that:

1. Paragraphs 1 through 3 of Count One are incorporated here.

2. On or about March 4, 2016, in the District of Maryland, the defendant,

**RICHARD BUTLER III,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, any building, vehicle, and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

18 U.S.C. § 844(i)

## COUNT THREE
(Transportation of Explosive Materials with Intent to Kill, Injure, and Intimidate)

The Acting United States Attorney for the District of Maryland further charges that:

3. Paragraphs 1 through 3 of Count One are incorporated here.

4. On or about March 4, 2016, in the District of Maryland, the defendant,

**RICHARD BUTLER III,**

transported, received and attempted to transport and receive in interstate and foreign commerce, explosive materials, to wit, one or more improvised incendiary bombs, with knowledge and intent that the said explosive materials would be used to kill, injure, and intimidate Victim A and to unlawfully damage and destroy, a building, vehicle, real property and personal property associated with Victim A.

18 U.S.C. § 844(d)

Stephen M. Schenning
Acting United States Attorney

Date: July 6, 2017

4