**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: 16-cr-00447-PWG |
| **RICHARD BUTLER, III** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION TO CONTINUE SENTENCING**

The defendant, Richard Butler, III, by and through his attorney, John M. McKenna and Brennan, McKenna & Lawlor, Chartered, respectfully moves that this Honorable Court continue sentencing now scheduled for Friday, June 1, 2018 at 1:00 p.m. As grounds thereof, the defendant states as follows:

1. Sentencing in this matter is presently scheduled for Friday, June 1, 2018 at 1:00 p.m.

2. Counsel for the defendant, John M. McKenna is requesting a continuance of the sentencing hearing in this matter because he is still in the process of resolving the defendant's pending state matters that are semi-related to this case. Because these cases were in warrant status, undersigned counsel was unable to speak with an assigned State's Attorney. He was recently able to speak with someone who can help him resolve these matters. Undersigned counsel is requesting a brief continuance for the State matters to be resolved.

3. Assistant United States Attorney Jennifer Sykes of the Office of the United States Attorney's Office consents to this request for a continuance.

4. A new sentencing date of Monday, August 6, 2018 at 2:00 p.m. has been cleared with the Court and all parties involved.

5.    None of the parties will suffer any prejudice if the continuance is granted.

WHEREFORE, the defendant, Richard Butler, III, respectfully requests that this Honorable Court:

1.    GRANT this Consent Motion to Continue Sentencing;

2.    Continue sentencing in this matter from Friday, June 1, 2018 at 1:00 p.m. to Monday, August 6, 2018 at 2:00 p.m.;

2.    GRANT such other relief as deemed appropriate.

Respectfully submitted,

BRENNAN, MCKENNA & LAWLOR, CHTD.

*John McKenna*

JOHN M. MCKENNA (#14894)
6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
301-474-0044

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:  Thomas Sullivan and Jennifer Sykes, Assistant United States Attorneys, Office of the United States Attorney, 6500 Cherrywood Lane, Suite 400, Greenbelt, Maryland 20770.

*John McKenna*

John M. McKenna